App. Div.]            Second Department, October, 1910.

In the Matter of the Application of Peter Kinn, as Executor, etc., of Anna Kinn, Deceased, for Leave to Sell Real Estate to Pay Debts, etc. William Auer, Appellant.— Motion to resettle order granted, without costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ. Resettle order before Mr. Justice Carr.

Mary Nolan, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Ola Osterhouse, Respondent, v. Leo Sanders and Herman L. Bodine, Appellants, Impleaded with Others.— Motion to dismiss appeal granted, with costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Peter Dahl, Respondent, v. Leo Sander and Herman L. Bodine, Appellants, Impleaded with Others.— Motion to dismiss appeal granted, with costs. Present —Woodward, Burr, Thomas, Rich and Carr, JJ.

Nils Johnson, Respondent, v. William J. Barry and Others, Appellants.— Motion to dismiss appeal granted, with costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Nils Johnson, Respondent, v. Leo Sanders and Herman L. Bodine, Appellants, Impleaded with Others.— Motion to dismiss appeal granted, with costs. Present —Woodward, Burr, Thomas, Rich and Carr, JJ.

William W. Peniston, Plaintiff, v. John M. Coleman and James L. Dowsey, Defendants.— Motion denied, without costs. There is a dispute between the parties as to the exact language used when the motions to direct a verdict were made by plaintiff and defendants, respectively. As the return follows exactly the stenographer's minutes as to the proceedings except that it fails to show that before making the motion plaintiff's counsel directed him to take the stand and that he walked within the inclosure about the witness stand and stood there while the motions were being made, without having been sworn, we think that the judge should not be asked to correct the return. Particularly is this so in view of the fact that in our opinion the point raised by the plaintiff appellant that he should have been allowed to withdraw his motion to direct a verdict and introduce evidence, is as fully presented by the return as made by the trial judge as it would be if the proposed amendments were allowed. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Jacob Pollakoff, Respondent, v. David Ravitch and Others, Copartners Doing Business under the Firm Name of Ravitch Bros.,- Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Henri Pressprich, Appellant, v. Sebastian Heilman and Others, Respondents. — Motion for reargument denied, with costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Charles E. Raab, Respondent, v. Hudson River Telephone Company, Appellant.— Motion denied, without costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.